UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CORTEZ and MARIA CORTEZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>WEI ZHANG; 1119 E. OHIO AVE. TRUST; NOELLE ZHANG; and DOES 1–50, inclusive,<br><br>    Defendants. | Case No.:  20-CV-287 JLS (RBB)<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S RENEWED MOTION TO PROCEED** *IN FORMA PAUPERIS*<br><br>(ECF No. 5) |

    Presently before the Court is Plaintiffs Pedro and Maria Cortez's Notice of Appeal [of] the Order Denying Plaintiff[s'] Motion to Proceed *in Forma P[au]peris* ("IFP") ("Mot.," ECF No. 5), which the Court construes as a renewed motion to proceed IFP. Plaintiffs note that, "because of [the] difficult situation with Corona virus lockdown[,] Pedro Cortez lost all his income" and that "Maria Cortez lost her work as well due to the factory clos[ing] down." *Id.* at 1.  Consequently, "[t]hey are living in very difficult financial conditions right now, and they are not able to pay the court fees." *Id.*

    Although the Court sympathizes with Plaintiffs' situation, "[a]ll actions sought to be filed in forma pauperis . . . must be accompanied by an affidavit that includes a statement of all assets [that] shows inability to pay initial fees or give security . . . executed under

penalty of perjury." S.D. Cal. CivLR 3.2(a). Accordingly, the Court **DENIES WITHOUT PREJUDICE** Plaintiffs' Motion and **DISMISSES WITHOUT PREJUDICE** Plaintiffs' Complaint for failure to prepay the filing fee mandated by 28 U.S.C. §1914(a). The Court therefore **GRANTS** Plaintiffs are thirty (30) days from the date on which this Order is electronically docketed to either (1) pay the entire $400 statutory and administrative filing fee, or (2) file a new IFP Motion alleging they are unable to pay the requisite fees using form AO 239, available at https://www.casd.uscourts.gov/_assets/pdf/forms/AO239_Application%20to%20Proceed%20Without%20Prepayment.pdf.

**IT IS SO ORDERED.**

Dated: April 20, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge